THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD 
 NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY 
 PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Robert Lynn Darnell, Appellant.
 
 
 

Appeal From Pickens County
 John C. Few, Circuit Court Judge

Unpublished Opinion No. 2004-UP-452
Submitted July 7, 2004  Filed August 25, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender 
 Tara S. Taggart, Office of Appellate Defense, of Columbia,  for Appellant,
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Robert Lynn Darnell appeals 
 his conviction of first-degree burglary.  Darnell argues there was insufficient 
 evidence of guilt of first-degree burglary.  Darnells counsel attached to the 
 brief a petition to be relieved, stating she had reviewed the record and concluded 
 the appeal lacks merit.  Darnell did not file a pro se brief.  After 
 a thorough review of the record and counsels brief pursuant to Anders v. 
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss 
 [1] Darnells appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., HUFF and KITTREDGE, 
 JJ., concur.            
                 

 
 [1] We decide this case without oral arguments pursuant 
 to Rule 215, SCACR.